OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
NOV 05 2014

11/5/2014
WILSON, ANNA MARIE    Tr. Ct. No. W-0148587-I (A)    WR-76,982-02
This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus.

Abel Acosta, Clerk

ANNA MARIE WILSON
CRAIN UNIT - TDC #1116565
1401 STATE SCHOOL RD.
GATESVILLE, TX 76599-2999

RTS
Discharged

UVERABLE
☞
TO SENDER

N3B 76599